```
                          United States Bankruptcy Court
                            Eastern District of Wisconsin
```

In re:                                                            Case No. 17-28664-beh
Floyd Dustin Bowie, III                                           Chapter 13
            Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: jo              Page 1 of 1            Date Rcvd: Sep 01, 2017
                              Form ID: odef         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db             +Floyd Dustin Bowie, III,    3855 N. 75th Street,    Milwaukee, WI 53216-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
              James L. Miller    on behalf of Debtor Floyd Dustin Bowie, III aport@millermillerlaw.com,
               millermillerlaw1@gmail.com;millermillerecf@gmail.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia    filings@ch13oshkosh.com
                                                                                             TOTAL: 3

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: Beth E. Hanan
    United States Bankruptcy Judge

DATED:   September 1, 2017



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 13 |
| Floyd Dustin Bowie III, | Case No. 17–28664–beh |
|         Debtor. | |

### ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

    Bankruptcy Code § 521(a) requires debtors to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 14 days from the filing of the petition. If the debtor does not file completed documents within 14 days, and does not file a written request to extend this deadline, the U.S. Trustee may ask the Court to dismiss the case. The 14–day deadline in this case is September 14, 2017. The Court will decide whether any extension will be granted or denied.

    Bankruptcy Rule 3015 requires Chapter 13 debtors to file a **Chapter 13 Plan** within 14 days of the date of the petition, unless the Court grants a written motion to extend the deadline. The Clerk has determined that a Chapter 13 Plan has not been filed. If the Chapter 13 Plan is not filed within the 14 day deadline, and if the Court has not been asked to extend this time, **the Court WILL dismiss this case**.

    The Clerk has determined that the debtor in this case has also failed to file or failed to complete the following required documents:

- **Schedules (A/B–J and Declaration)**
- **Summary of Assets and Liabilities**
- **Statement of Financial Affairs**
- **Form 122C–1 Current Monthly Income**
- **Form 122C–2 Calculation of Disposable Income (if applicable)**

    **Additional deadlines apply and may result in "automatic dismissal" of this case.** You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.

####