```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                             Case No. 17-28664-beh
Floyd Dustin Bowie, III                                            Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0757-2          User: wieb            Page 1 of 1         Date Rcvd: Sep 11, 2017
                              Form ID: ltopay       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
op              +HOUSING MATTERS LLC,    ATTN PAYROLL DEPT,   2618 W CLYBOURN,    MILWAUKEE, WI 53233-2520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on Sep 08, 2017 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 8, 2017



Beth E. Hanan
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:   FLOYD DUSTIN BOWIE III            CHAPTER 13
         3855 N 75TH STREET
         MILWAUKEE, WI  53216              Case No. 17-28664-BEH

                                           PAYROLL ORDER

### ORDER FOR PAYROLL DEDUCTIONS

To, HOUSING MATTERS LLC, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.  Now, Therefore,

IT IS ORDERED THAT:

1. You, HOUSING MATTERS LLC , shall deduct from the earnings of said debtor [including vacation pay] according to the following schedule.

| Due Date | Amount | Frequency |
|---|---|---|
| 09/30/2017 | $2404.00 | MONTHLY |

beginning on the next payday and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  INCLUDE THE **DEBTOR'S NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE, AND MAIL TO:

**CHAPTER 13 TRUSTEE
P.O. BOX 1102
MEMPHIS, TN 38101-1102**

or to pay by ACH rather than mailing checks contact us at info@ch13oshkosh.com

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, retirement plan, union dues, current child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

Debtor(s) Employer:
HOUSING MATTERS LLC
2618 W CLYBOURN
MILWAUKEE, WI 53233
Attn: Payroll Department

Debtor(s) Attorney:
MILLER AND MILLER
735 W WISCONSIN AVE STE 600
MILWAUKEE, WI 53233

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**CHAPTER 13 TRUSTEE**
**P O BOX 3170**
**OSHKOSH, WI 54903-3170**
**Telephone: (920) 231-2150**
**Email: info@ch13oshkosh.com**

Trustee Issued Date: September 07, 2017

#####