```
                    United States Bankruptcy Court
                    Eastern District of Wisconsin
```

In re:                                              Case No. 17-28664-beh
Floyd Dustin Bowie, III                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2        User: mhb          Page 1 of 1         Date Rcvd: Jan 03, 2018
                           Form ID: hrntbeh2   Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db            +Floyd Dustin Bowie, III,   3855 N. 75th Street,   Milwaukee, WI 53216-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
          Christopher C. Drout    on behalf of Creditor    Wells Fargo Bank, NA cdrout@gray-law.com,
           bknotices@gray-law.com;bknotice@gmail.com
          D Alexander  Martin    on behalf of Creditor    Citibank, N.A. dmartin@odesslaw.com,
           bknotices@odesslaw.com
          James L. Miller    on behalf of Debtor Floyd Dustin Bowie, III aport@millermillerlaw.com,
           millermillerlawl@gmail.com;millermillerecf@gmail.com
          Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
          Rebecca R. Garcia    filings@ch13oshkosh.com
                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re                                                  Chapter  13
Floyd Dustin Bowie III,                                Case No. 17–28664–beh
               Debtor.

### NOTICE OF TELEPHONE HEARING

TO:     Floyd Dustin Bowie III              Attorney James L. Miller
                                            Trustee Rebecca R. Garcia
                                            Attorney D. Alexander Martin

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Beth E. Hanan, United States Bankruptcy Judge, on **January 16, 2018, at 10:30 AM,** to consider Citibank, N.A.'s Motion for Relief from Stay and Abandonment.

PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1–888–808–6929, and enter access code 9122579 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

**Should any party have a conflict with the scheduled date and time for this hearing, that party should review the Chambers Procedures for Judge Hanan, which can be found on our website at www.wieb.uscourts.gov.**

PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

By the Court:

_____/s/_____
Beth E. Hanan
January 3, 2018                             United States Bankruptcy Judge