UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re: Floyd Dustin Bowie

       Debtor.

Case No.: 2017-28664-BEH-13
Chapter 13
CERTIFICATE OF SERVICE

_____

STATE OF WISCONSIN )
                          ) SS
MILWAUKEE COUNTY)

      Nicole R. Thompson, being sworn states that on January 17, 2018, mailed properly enclosed in a postpaid envelope, copy of the**, Notice of Chapter13 Bankruptcy Case and Original Chapter 13 Plan** that was filed with the court to the following named persons at their proper post office address after their respective names:

Floyd Dustin Bowie
PO Box 13351
Milwaukee, WI 53213

Xperience Fitness
Attention: Justine
12575 West Capital Drive
Brookfield, WI 53005

Xperience Fitness
ABC Financial Services
PO Box 6800
North Little Rock, AR 72124-6800

Wings Academy Taekwondo
Attention: Kevin Roquemore
1530 South 84th Street
West Allis, WI 53214

Rebecca Garcia - via ECF

U.S. Bankruptcy Trustee - via ECF

Subscribed and sworn to before
me this 17th of January 2018.


/s/_____                              /s/_____
Krysta L. Kerr                                                Nicole R. Thompson
Notary Public, State of Wisconsin              **MILLER & MILLER LAW, LLC**
My commission is Permanent.                   633 West Wisconsin Ave, Suite 500
                                                                   Milwaukee, WI 53203
                                                                   (414) 395-4525