```
United States Bankruptcy Court
Eastern District of Wisconsin
```

In re:                                                           Case No. 17-28664-beh
Floyd Dustin Bowie, III                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2            User: jo                Page 1 of 1            Date Rcvd: Feb 09, 2018
                                Form ID: pdfhrg         Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Floyd Dustin Bowie, III,    3855 N. 75th Street,    Milwaukee, WI 53216-1909
cr              Citibank, N.A.,    PO Box 6030,    Sioux Falls, SD  571176030
10243124       +Citi Bank,    Po Box 769006,    San Antonio, TX 78245-9006
10326943        Citibank, N.A.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
10243125       +Citibank/Home Depot,    PO Box 790328,    St. Louis, MO 63179-0328

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              Christopher C. Drout    on behalf of Creditor    Wells Fargo Bank, NA cdrout@gray-law.com,
               bknotices@gray-law.com;bknotice@gmail.com
              D Alexander Martin    on behalf of Creditor    Citibank, N.A. dmartin@odesslaw.com,
               bknotices@odesslaw.com
              James L. Miller    on behalf of Debtor Floyd Dustin Bowie, III aport@millermillerlaw.com,
               millermillerlaw1@gmail.com;millermillerecf@gmail.com
              Jay J. Pitner    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates,
               Series 2005-2 bknotices@gray-law.com;bknotice@gmail.com
              Krysta L. Kerr    on behalf of Debtor Floyd Dustin Bowie, III aport@millermillerlaw.com,
               millermillerlaw1@gmail.com;millermillerecf@gmail.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia    on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
              Rebecca R. Garcia     filings@ch13oshkosh.com
                                                                                               TOTAL: 8
```

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 8, 2018



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

In re:  
FLOYD DUSTIN BOWIE, III  
*fdba Premier Milwaukee*  
*fdba Bowie Properties, LLC*  
*fdba Delux Entertainment*  
*dba Housing Matters, LLC*,  
     Debtor.

Chapter 13  
Case No. 17-28664-BEH

_____

ORDER ON MOTION BY CITIBANK, N.A. FOR RELIEF
FROM AUTOMATIC STAY, CO-DEBTOR STAY, AND ABANDONMENT
RE: PROPERTY LOCATED AT:
2119-2121 W. Silver Spring Drive, Milwaukee, Wisconsin 53209

_____

    The hearing on debtor's objection to the motion by CitiBank, N.A. ("Movant") for relief from automatic stay, co-debtor stay and abandonment having come before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on January 16, 2018; and

    Attorney Angela Soltis having appeared on behalf of debtor, Floyd Dustin Bowie, III;

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

1

and,

Trustee Rebecca R. Garcia having appeared on behalf of the office of chapter 13 trustee; and,

O'Dess and Associates, S.C., by D. Alexander Martin, having appeared on behalf of the Movant; and

Based upon the statements of counsel, the files and proceedings had herein, and good cause existing to deny the motion subject to certain conditions:

IT IS ORDERED that the motion is denied subject to the conditions as follows:

1. Movant may file a supplemental claim in the amount of $1,031.00 comprising the attorneys' fees of $850 and filing fee of $181.00 for the motion for relief.

2. Commencing with the monthly payment which comes due January 26, 2018, in the amount of $247.74, debtor shall resume making regular payments directly to Movant when due. Until further notice, the monthly payment is $247.74, and payments shall be sent exclusively to: CitiBank, N.A. P.O. Box 9001067, Louisville, KY 40290-1067.

3. Movant is granted a "doomsday provision" on all regular payments which come due January 26, 2018, through June 26, 2018. That, if debtor fails for any reason to timely make any regular payments which come due January 26, 2018, through June 26, 2018, providing for a 15 day grace period, upon the filing of a statement of default of any of Movant's attorneys and notice to debtor and counsel for debtor, Movant shall be entitled to submit to the court a proposed order granting the relief requested in the original motion, including relief from the automatic stay, co-debtor stay and abandonment with respect to the real property located at 2119-2121 W. Silver Spring Drive, Milwaukee, Wisconsin 53209.

4. Thereafter, in the event that debtor fails to timely make any monthly payments or

breach any of the remaining terms and conditions of the note and mortgage, Movant may renew its motion for the remainder of this case by letter request to the court and without the need to pay an additional filing fee.

This order is effective immediately upon execution by this court.

#####