Fill in this information to identify your case and this filing:

Debtor 1 **Floyd Dustin Bowie, III**
        First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number  17-28664

☒ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☒ Yes. Where is the property?

1.1
**2616-2618 W. Clybourn St**
Street address, if available, or other description

**Milwaukee**  **WI**  **53233-0000**
City           State  ZIP Code

**Milwaukee**
County

**What is the property?** Check all that apply
☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  **$54,000.00**
Current value of the portion you own?   **$27,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Homestead / Rental Property**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**This is Duplex - 2616 is an adult family home operated under the name Housing Matters, LLC.**
**Upstairs in 2618 there is a tenant.**
**Fair Market Value based on 2016 Milwaukee Property Tax Bill.**
**Mr. Bowie owes the home with father - has a one-half interest.**

Debtor 1 **Floyd Dustin Bowie, III**     Case number *(if known)* **17-28664**

**1.2** **If you own or have more than one, list here:**

**1821 N Marshall Street**
Street address, if available, or other description

**Milwaukee**    **WI**    **53216-0000**
City     State     ZIP Code

**Milwaukee**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$179,600.00**      **$179,600.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Rental Property**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Single Family operated as a single family home that debtor rents out.**
**Fair Market Value as listed on 2016 Property Tax Report**

---

**1.3** **If you own or have more than one, list here:**

**2119-2121 W. Silver Spring**
Street address, if available, or other description

**Milwaukee**    **WI**    **53209-0000**
City     State     ZIP Code

**Milwaukee**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$89,300.00**      **$89,300.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Duplex- Debtor's brothers are residing at the property.**
**Debtor is on title to this property, father manages the property recieves rent and takes care of all expenses related to this building.**
**No income is attributed to the debtor as a result of the ownership of this property.**
**Fair Market Value Based on 2016 Property Tax Bill**

| Debtor 1 | Floyd Dustin Bowie, III | Case number *(if known)* | 17-28664 |
|---|---|---|---|

**1.4** If you own or have more than one, list here:

**3853-3855 N. 75th Street**
Street address, if available, or other description

**Milwaukee**     **WI**     **53216-0000**
City     State     ZIP Code

**Milwaukee**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ■ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Duplex property located at 3853-3855 N. 75th Street**
**Debtor own the property with his mother and father. Debtor resides at 3855 N. 75th Street property, the 3853 portion of the property is rented out by the Debtor's father and mother. He receives no income from the rental of the property.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $141,600.00
**Current value of the portion you own?** $46,728.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint tenant**

☐ **Check if this is community property**
*(see instructions)*

---

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................=>**  $342,628.00

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1** Make: **Acura**
Model: **TL**
Year: **2004**
Approximate mileage: **250,000**
Other information:
**Value based on NADA Clean Retail Value**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $5,825.00
**Current value of the portion you own?** $5,825.00

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................=>**  $5,825.00

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**

| Debtor 1 | Floyd Dustin Bowie, III | Case number *(if known)* | 17-28664 |

Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Household goods and furnishings including bedroom furniture, living room furniture, appliances, pots, pans and dishes, desk | $1,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Electronics: cell phone, tv, laptop, printer | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | Glock 9 | $400.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Used clothing, shoes, and accessories | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

| Debtor 1 | Floyd Dustin Bowie, III | Case number *(if known)* | 17-28664 |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................... **$2,900.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes................................................................................................................

    **Cash on hand at time of filing** — **$246.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................
    Institution name:

    | 17.1. | Checking | **Personal Checking Account at Educators Credit Union** | **$7,839.44** |

    | 17.2. | | **Savings: Account at Educator's Credit Union** | **$0.03** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................
    Institution or issuer name:

    **20 Shares of Type A Common Stock in United Parcel Service (UPS)** — **$2,292.80**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
    Name of entity:                                      % of ownership:

    **Mr. Bowie is a member of Housing Matters, LLC. The business provides a housing and services to individuals located at the Clybourn Address. No checking. Assets of the business include furniture, appliances, electronics valued at $1000.00.**

    **Mr. Bowie purchases supplies and food for the residents as needed as does not carry over inventory month to month.** — **100%** — **$1,000.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them

Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:  Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................  Institution name or individual:

    | | |
    |---|---|
    | **Security Deposit on Hold with Landlord** | **$1,700.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

    | | |
    |---|---|
    | **Debtor has an insurance license and license to operate an adult family home, these licenses have no monetary value.** | **$0.00** |

    | **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
    |---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

| Debtor 1 | Floyd Dustin Bowie, III | Case number *(if known)* | 17-28664 |
|---|---|---|---|

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | | |
    |---|---|
    | **Pending Lawsuit - 2018 CV 008456**<br>**Floyd Dustin Bowie v. Robert A. Settecase**<br>**Debtor has a pending lawsuit against a former business partner. The former business partner file a lawuit against the debtor in 2014. Case was dismissed in 2015. Debtor filed the lawsuit post-petition. The cause of action in the pending lawsuit is for malicious prosecution and abuse of process.**<br><br>**Based on counsel's conversations with the Debtor's attorney in the pending case, Atty William Sulton, believe that the following damages are being sought:**<br>**1. emotional distress in the amount of $50,000.00**<br>**2. attorney fees and costs in the amount of $93,000.00**<br>**3. cash and credit investments in the amount of $223,683.59**<br>**4. reimbursement for contractor and loan in the amount of $11,850.00**<br>**5. $237,317.21 for his time managing Premier Milwaukee, LLC** | **$615,850.80** |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................................................**      **$628,929.07**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Debtor 1 | Floyd Dustin Bowie, III | Case number *(if known)* | 17-28664 |

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... $0.00

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $342,628.00 |
| 56. | **Part 2: Total vehicles, line 5** | $5,825.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $2,900.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $628,929.07 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $637,654.07 | Copy personal property total $637,654.07 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $980,282.07 |

Official Form 106A/B  Schedule A/B: Property  page 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 17-28664-beh    Doc 43    Filed 04/04/19    Page 8 of 12

| | | | |
|---|---|---|---|
| Fill in this information to identify your case: | | | |
| Debtor 1 | **Floyd Dustin Bowie, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN | | |
| Case number (if known) | 17-28664 | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2616-2618 W. Clybourn St Milwaukee, WI 53233  Milwaukee County**<br>**This is Duplex - 2616 is an adult family home operated under the name Housing Matters, LLC. Upstairs in 2618 there is a tenant. Fair Market Value based on 2016 Milwaukee Property Tax Bill.**<br>Line from *Schedule A/B*: **1.1** | $27,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **1821 N Marshall Street Milwaukee, WI 53216  Milwaukee County**<br>**Single Family operated as a single family home that debtor rents out. Fair Market Value as listed on 2016 Property Tax Report**<br>Line from *Schedule A/B*: **1.2** | $179,600.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C                  Schedule C: The Property You Claim as Exempt                  page 1 of 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 17-28664-beh    Doc 43    Filed 04/04/19    Page 9 of 12

| Debtor 1 | Floyd Dustin Bowie, III | | Case number (if known) | 17-28664 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2119-2121 W. Silver Spring Milwaukee, WI 53209 Milwaukee County**<br>**Duplex- Debtor's brothers are residing at the property.**<br>**Debtor is on title to this property, father manages the property recieves rent and takes care of all expenses related to this buildin**<br>Line from *Schedule A/B*: **1.3** | $89,300.00 | ■<br>☐ | $0.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **3853-3855 N. 75th Street Milwaukee, WI 53216 Milwaukee County**<br>**Duplex property located at 3853-3855 N. 75th Street**<br>**Debtor own the property with his mother and father. Debtor resides at 3855 N. 75th Street property, the 3853 portion of the property is ren**<br>Line from *Schedule A/B*: **1.4** | $46,728.00 | ■<br>☐ | $15,778.42<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2004 Acura TL 250,000 miles Value based on NADA Clean Retail Value**<br>Line from *Schedule A/B*: **3.1** | $5,825.00 | ■<br>☐ | $3,775.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2004 Acura TL 250,000 miles Value based on NADA Clean Retail Value**<br>Line from *Schedule A/B*: **3.1** | $5,825.00 | ■<br>☐ | $2,050.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Household goods and furnishings including bedroom furniture, living room furniture, appliances, pots, pans and dishes, desk**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■<br>☐ | $1,500.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Electronics: cell phone, tv, laptop, printer**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Glock 9**<br>Line from *Schedule A/B*: **10.1** | $400.00 | ■<br>☐ | $400.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Used clothing, shoes, and accessories**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cash on hand at time of filing**<br>Line from *Schedule A/B*: **16.1** | $246.00 | ■<br>☐ | $246.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | Floyd Dustin Bowie, III | | Case number (if known) | 17-28664 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: Personal Checking Account at Educators Credit Union**<br>Line from *Schedule A/B*: **17.1** | $7,839.44 | ■ | $7,839.44 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Account at Educator's Credit Union**<br>Line from *Schedule A/B*: **17.2** | $0.03 | ■ | $0.03 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **20 Shares of Type A Common Stock in United Parcel Service (UPS)**<br>Line from *Schedule A/B*: **18.1** | $2,292.80 | ■ | $2,292.80 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Mr. Bowie is a member of Housing Matters, LLC. The business provides a housing and services to individuals located at the Clybourn Address. No checking. Assets of the business include furniture, appliances, electronics valued at $1000.00.**<br><br>**Mr. Bowie p**<br>Line from *Schedule A/B*: **19.1** | $1,000.00 | ■ | $271.73 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Floyd Dustin Bowie, III** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | 17-28664 |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                               12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Floyd Dustin Bowie, III**
**Floyd Dustin Bowie, III**
Signature of Debtor 1

Date  **April  4, 2019**

X _____
Signature of Debtor 2

Date _____

Official Form 106Dec                 **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy