THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 28, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: FLOYD DUSTIN BOWIE           Case No.: 2017-28664-BEH-13
        Debtor.                              Chapter 13

ORDER OVERRULING ROBERT SETTECASE AND PREMIER MILWAUKEE LLC'S
OBJECTION TO CONFIRMATION OF PLAN

Robert Settecase and Premier Milwaukee, LLC having filed an Objection to Confirmation of Plan, the Court conducted a hearing on May 21, 2019. Attorney Nate Cade appeared for the objecting parties Robert Settecase and Premier Milwaukee, LLC. Attorney Jennifer Marchinowski appeared for the Chapter 13 Trustee and Attorney Krysta L. Kerr appeared by telephone for the Debtor. For the reasons set forth on the record at said hearing,

IT IS HEREBY ORDERED THAT:

1. Robert Settecase and Premier Milwaukee, LLC's Objection to Plan is overruled.
2. Counsel for the Debtor is ordered to file a modified plan disclosing the fee agreement between the Debtor and his special counsel for the pending state court proceeding no later than June 4, 2019.

#####

Prepared by:
MILLER & MILLER LAW, LLC
633 W. Wisconsin Ave., Suite 500
Milwaukee, WI 53233
(414) 277-7742