

September 28, 2018

<u>Via U.S. Post</u>
F. Dustin Bowie
2616 W Clybourn Street
Milwaukee, WI 53233

   Re: Fee Agreement
     *F. Dustin Bowie v. Robert Settecase*
     Case No. 2018CV00____ (Milwaukee Cir. Ct.)

Dear Dustin:

I want to thank you for selecting this firm to represent you. I also wish to set forth our agreement as to payment of fees. The fees for legal services are $325 per hour, plus any expenses that may be incurred, such as filing fees, deposition charges, copying costs, postage, parking fees, travel time, mileage and related expenses. The firm will bill you approximately monthly depending upon the amount of work that was done on your file during that period of time. Payment must be made within 30 days. We reserve the right to withdraw should these bills not be paid.

At this point in the case, it is difficult to estimate the amount of time and expense that will be necessary to adequately represent you in this case. I will advise you before undertaking any procedures that will substantially increase the amount of fees.

I may send you pleadings, documents, correspondence, and other information throughout the case. These copies will be your file copies. Please retain them. I will also keep the information in a file in my office, which will be my file. Please bring your copy of the file to all of our meetings so that we both have all the necessary information in front of us. When I have completed all the legal work necessary for your case, I will close my file and return original documents to you.

If any of the information in this letter is not consistent with your understanding of our agreement, please contact me before signing the letter. Otherwise, please sign this letter and return it to me.

On behalf of the firm, we are happy to represent you in this matter. If you have any questions, please contact me at your convenience.

Phone: 414.778.0700 | Toll Free: 888.357.7661 | Fax: 414.935.5481
gcwlawyers.com | 3228 Turnberry Oak Dr., Suite 210, Waukesha, WI 53188

Case 17-28664-beh Doc 55-1 Filed 05/30/19 Page 1 of 2

F. Dustin Bowie
September 28, 2018
Page 2 of 2

Sincerely,

**GINGRAS, CATES & WACHS**

/s/ William F. Sulton

William F. Sulton
414-935-5490 (direct)
414-477-0088 (cell)
wsulton@gcwlawyers.com

I have read this letter and consent to it.

_____
F. Dustin Bowie
Date: September 28, 2018.

Phone: 608.833.2632 | Toll Free: 888.357.7661 | Fax: 608.833.2874
gcwlawyers.com | 8150 Excelsior Dr., Madison, WI 53717