THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 28, 2019

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:
FLOYD DUSTIN BOWIE III

Chapter 13

Case No.: 17-28664-BEH

Debtor

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN**

The debtor filed a motion to modify the plan on May 30, 2019 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtor's May 30, 2019 request to modify confirmed plan.

2. Summary of payments: $2,404.00 per month for the remainder of the 60-month plan.

#####