UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re: Floyd Dustin Bowie, III,                      Case No.: 17-28664-beh

                                          Debtor.                                Chapter 13

---

### OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

---

Floyd Dustin Bowie, III has filed an objection to the Motion For Relief From Automatic Stay in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one**.

NOW COME the above-named Debtor, Floyd Dustin Bowie, III, by and through his Attorneys, MILLER & MILLER LAW, LLC, and by Attorney Hayden F. Knight, hereby object to the Motion for Relief from Automatic Stay of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I. As grounds for such objection and requests, the Debtor asserts as follows:

1. Debtor made payment in the amount of $1,800.00 on December 24, 2021 and made a payment in the amount of $1,800.00 on January 25, 2022. Debtor will provide proof of these payments if necessary.

2. Debtor requests an updated arrearage figure.

3. The Debtors will seek a resolution with WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I to include any post-petition arrears in a supplemental claim, if any.

WHEREFORE, the Debtor requests that the Court deny WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I.'s Motion to Lift the Automatic Stay and further request that this matter be set for a hearing.

Dated at Milwaukee, Wisconsin this 9th day of February 2022.

                                                       /s/ *Hayden F. Knight*
                                                       Hayden F. Knight
                                                       MILLER & MILLER LAW, LLC
                                                       Attorney for Debtor

MILLER & MILLER LAW, LLC
633 W. Wisconsin Ave., Suite 500
Milwaukee, WI 53203
(414) 277-7742

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

In re: Floyd Dustin Bowie, III,           Case No.: 17-28664-beh
                               Debtor.                   Chapter 13
_____

### AFFIDAVIT OF MAILING
_____

STATE OF WISCONSIN     )
                               ) SS
MILWAUKEE COUNTY     )

       Julia G. Mutranowski, being sworn states that on February 9, 2022, I mailed properly enclosed in a postpaid envelope, an objection to WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I.'s Motion for Relief From the Automatic Stay, to the following named persons at their proper post office address after their respective names:

Floyd Dustin Bowie, III
2616 W. Clybourn Street
Milwaukee, WI 53233

Trustee Rebecca Garcia- via ECF

U.S. Bankruptcy Trustee - via ECF

Attorney Jay Pitner– via ECF


Subscribed and sworn to before
me this 9th day of February 2022.

/s/ *Hayden F. Knight*                    /s/ *Julia G. Mutranowski*
Hayden F. Knight                          Julia G. Mutranowski
Notary Public, State of Wisconsin       MILLER & MILLER LAW, LLC
My commission is permanent             633 W Wisconsin Ave - Ste 500
                                                  Milwaukee, WI 53203