So Ordered.

Dated: March 8, 2022



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Floyd Dustin Bowie III fdba Premier Milwaukee, fdba Bowie Properties, LLC, fdba Delux Entertainment, dba Housing Matters, LLC<br><br>Debtor. | Chapter: 13<br><br>Case No. 17-28664-beh |

**ORDER PURSUANT TO HEARING UPON WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion for relief from the automatic stay and abandonment of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 1821 N Marshall St, Milwaukee, WI 53202-1538, this matter was heard on February 22, 2022, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor appearing through Miller & Miller Law, LLC, by Jill Campo, and Jennifer Marchinowski appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the terms and conditions of this

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of February 2022 in the amount of $4,954.74. The arrearage is itemized as follows:

| | |
|---|---:|
| 10/1/21 through 2/1/22<br>5 mortgage payments @ $1,631.82 | $8,159.10 |
| Credits / Suspense | (1,404.36) |
| Payment received 1/26/2022 | 1,800.00 |
| TOTAL ARREARAGE | $4,954.74 |

IT IS FURTHER ORDERED that commencing in March 2022 and continuing through and including August 2022, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature. This is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

IT IS FURTHER ORDERED that commencing in September 2022, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that abandonment of the estate's interest in the property pursuant to 11 U.S.C. § 554 shall be effective when the automatic stay no longer applies to the movant and its interest in the property.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,631.82 and payments shall be made to the movant at Carrington Mortgage Services, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806.

#####